DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | FELON IN POSSESSION OF A |
| | ) | FIREARM |
| vs. | ) | Vio. of 18 U.S.C. § 922(g)(1) |
| | ) | |
| | ) | |
| | ) | |
| XAVIER LANELL COOK BENSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about the 1st day of February, 2006, in Anchorage, Alaska, within the District of Alaska, the defendant, XAVIER LANELL COOK BENSON, did knowingly possess in or affecting commerce, two firearms with ammunition, to wit: a Smith & Wesson .38 caliber Model 10-5 handgun revolver, serial no. C902505, and an E.F.M. M-1 .30 caliber rifle, serial no. 1075, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year:

| Offense | Court | Date | Case |
|---|---|---|---|
| Felon in Possession | U.S. District Court District of Alaska | July 7, 2004 | 3:04-cr-0024-01-JWS |
| Eluding 1st Degree | State of Alaska Superior Court | May 6, 2003 | 3AN-502-9384cr |

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

RESPECTFULLY SUBMITTED on March 28th, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Larry D. Card
LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068