AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ Alaska _____

UNITED STATES OF AMERICA
V.
XAVIER LANNELL COOK BENSON

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06-cr-00034-RRB

I, _Xavier Lannell Cook Benson_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___4/7/06___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Xavier Benson_
Defendant

_J. Bently Mumm_
Counsel for Defendant

**REDACTED SIGNATURE**

RALPH R. BEISTLINE, U.S. DISTRICT JUDGE