```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. XAVIER LANNELL COOK BENSON CASE NO. 3:06-cr-00034-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         LARRY CARD

DEFENDANT'S ATTORNEY:            THOMAS BURKE WONNELL - APPOINTED

U.S.P.O.:                        PAMELA SHAW

PROCEEDINGS: ARRAIGNMENT/ENTRY OF PLEA HELD APRIL 7, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:36 p.m. court convened.

X Copy of Information given to defendant.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant sworn.

X Defendant stated true name: Same as Above.  Age: 22

X Waiver of Indictment **FILED.**

X Federal Public Defender to appoint CJA counsel; FPD notified.

X PLEAS: Guilty to count 1 of the Information.

X Court accepted pleas. Referred to P.O. for presentence report. Defendant waived objections to presentence report to expedite sentence.

X Imposition of Sentence set for **May 30, 2006 at 10:00 a.m.**

X Defendant detained.

X Order of Detention Pending Trial **FILED.**

X OTHER: Court and counsel heard re plea agreement. Court and counsel heard re case 3:04-cr-00024-JWS; defendant entered an admission to the petition filed; court accepted the admission. Disposition hearing set for May 30, 2006 at 10:00 a.m.

At 2:04 p.m. court adjourned.

DATE: April 7, 2006          DEPUTY CLERK'S INITIALS:  ak