T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-34-RRB |
| ) | |
| Plaintiff, ) | |
| ) | **SENTENCING MEMORANDUM** |
| vs. ) | |
| ) | |
| XAVIER LANNELL COOK BENSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties entered into a plea agreement pursuant to Criminal Rule 11(c)(1)(C) for a composite term of four years to serve between this case and the revocation of supervised release in 3:04-cr-24-JWS. Although this agreed upon sentence exceeds the combined guideline ranges for the new offense and revocation, it contemplates that the government is abandoning a new controlled substance charge and the attendant firearms charge. The sentence is fair for Defendant in light of all the circumstances, and balances the risk both parties would bear at trial. The Court ought to accept the agreed upon disposition and impose four years to serve with credit for time spent in detention since his most recent arrest.

RESPECTFULLY SUBMITTED this 23rd day of May, 2006.

By: s/ T. Burke Wonnell
CJA Counsel for Defendant
Xavier Benson
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail: tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Larry D. Card
Pamela Shaw

this 23rd day of May, 2006.

_____s/ T. Burke Wonnell_____
T. BURKE WONNELL